THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| STEAKHOUSE SEATTLE, LLC and<br><br>JAMES NATIONS<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES<br><br>　　　　　Defendant. | Civil Action No.<br>**3:18-CV-05751-BHS**<br><br>**COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F)** |

Pursuant to the Federal Rule of Civil Procedure ("FRCP") 26(f), Local Civil Rule ("LCR") 26(f); the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 8), Plaintiffs Steakhouse Seattle and James Nations ("Plaintiffs") and Defendant United States of America., ("Defendant") respectfully submit this Joint Status Report and Discovery Plan pursuant to the Court's order.

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

1. **NATURE AND COMPLEXITY OF CASE**

This action is one for judicial review of a Final Agency Decision ("FAD") of USDA's Food and Nutrition Service ("FNS") that concluded that Steakhouse Seattle, a SNAP-authorized retail food store located in this judicial district, engaged in trafficking in Supplemental Nutrition Assistance Program ("SNAP") benefits in violation of FNS's SNAP regulations. After administratively charging Steakhouse Seattle with trafficking, in violation of its SNAP regulations, on January 24, 2018, FNS issued its initial determination permanently disqualifying Steakhouse Seattle and its owner, James Nations, from participation in SNAP after concluding that one instance of trafficking in SNAP benefits took place. Steakhouse Seattle sought administrative review of FNS's permanent disqualification determination. On administrative review, FNS affirmed this initial determination and issued its FAD. In the FAD, FNS concluded that Steakhouse Seattle, on March 22, 2012, trafficked in SNAP benefits by providing $50.00 in cash, in addition to a case of steaks, to a USDA undercover investigator in exchange for $250.01 in SNAP benefits. The Plaintiffs deny that trafficking took place and have alleged that any cash provided to USDA's investigator took place after the completion of the SNAP transaction and was from the personal funds of Steakhouse Seattle's driver.

The FNS finding that Plaintiffs trafficked in food stamps is subject to *de novo* review by the Court. 7 U.S.C. § 2023(a)(15). The parties do not believe that this action is particularly complex as the factual and legal disputes are few and revolve largely around whether the exchange of cash that took place on March 22, 2012, constitutes trafficking or was a personal gift from Steakhouse Seattle's driver to the undercover investigator unrelated

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

to the SNAP transaction.  Plaintiffs bear the burden of demonstrating by a preponderance of the evidence that the alleged violation (i.e. the trafficking) did not occur.

**2.    JOINDER OF ADDITIONAL PARTIES**

At this time, the parties believe that all proper parties are currently parties to this action.  To the extent that a joinder deadline should be set, the parties propose February 28, 2019.

**3.    ASSIGNMENT OF MAGISTRATE**

No.

**4.    DISCOVERY PLAN**

(A)    INITIAL DISCLOSURES.  The parties served Initial Disclosures on December 10, 2018, in accordance with this Court's Order, dated September 18, 2018.  The United States has advised that it intends to supplement its Initial Disclosures.

(B)    SUBJECTS, TIMING, AND POTENTIAL PHASING OF DISCOVERY.  At this time, the Plaintiffs have served Requests for Admissions and Requests for Production of Records.  The Plaintiffs anticipate serving interrogatories in the near future. Defendant also anticipates serving written discovery in this matter.  The parties also anticipate taking a limited number of depositions (including one 30(b)(6) deposition to be taken by Plaintiffs of designee by the United States) during the first quarter of 2019.  The parties do not believe that phased discovery is necessary or appropriate in this case.

(C)    ELECTRONICALLY STORED INFORMATION.  The parties do not believe that this action will involve the exchange of substantial amounts of

COMBINED JOINT STATUS REPORT AND DISCOVERY
PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE
26(F): CASE NO. 3:18-CV-05751-BHS - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

Electronically Stored Information (ESI).  Both parties have instituted litigation holds to prevent the destruction of records related to this action. To the extent that ESI will be exchanged, the parties do not foresee any issues related thereto.

(D) PRIVILEGE ISSUES.  The parties do not foresee any issues related to privilege and have tentatively agreed that communications between undersigned counsel and the parties which relate to legal advice are presumptively privileged and need not be listed on a privilege log.

(E) PROPOSED LIMITATIONS ON DISCOVERY.  None.

(F) NEED FOR DISCOVERY RELATED ORDER.  The Plaintiffs are seeking information from the Defendant which may contain personal identifying information ("PII") of the Plaintiffs and persons affiliated with the Plaintiffs which should not be publicly disclosed.  Additionally, the United States may contend that the names of government employees or contractors that the United States should not be publicly disclosed.  The Food and Nutrition Act also prohibits the discovery of certain information related to the SNAP program.  Based thereof, the parties foresee the need for the prompt entry of a protective order governing the use of such information.

5. **THE PARTIES' VIEWS ON LOCAL RULE 26(f)(1) TOPICS:**

A. PROMPT CASE RESOLUTION.  The Parties believe that any amicable resolution of this matter is most likely to occur following the conclusion of discovery.

B. ALTERNATIVE DISPUTE RESOLUTION.  The parties believe that

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

mediation of this matter may be beneficial following the conclusion of discovery.

C. RELATED CASES.  None.

D. DISCOVERY MANAGEMENT.  At this time, the parties do not believe that a discovery management order is necessary.

E. ANTICIPATED DISCOVERY MOTIONS.  The Plaintiffs anticipate that motion practice may be required in connection with their requests for USDA and FNS policies, guidance, memoranda, and related issuances concerning undercover SNAP trafficking investigations and related matters and for the deposition of a 30(b)(6) designee regarding USDA and FNS policies, guidance, and related issues concerning undercover SNAP trafficking investigations.

F. PHASING MOTIONS.  The parties do not anticipate substantial motion practice, other than set forth in 5(E) *supra*, prior to summary judgment motions.

G. PRESERVATION OF DISCOVERABLE INFORMATION.  All parties have instituted litigation holds and do not anticipate issues related thereto.

H. PRIVILEGE ISSUES.  None.

I. MODEL PROTOCOL FOR DISCOVERY OF ESI.  The parties agree to utilize the Model Protocol for Discovery of ESI.  If modifications thereto are required or appropriate, the parties anticipate reaching an agreement thereon without the need for judicial intervention or motion practice.

J. ALTERNATIVES TO MODEL PROTOCOL.  Not Applicable.

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 5

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

6. **COMPLETION OF DISCOVERY**

May 31, 2019.

7. **BIFURCATION**

No.

8. **PRETRIAL STATEMENT AND ORDER**

The parties believe that pretrial statements and pretrial order should not be dispensed with. The parties respectfully request the right to jointly seek relief therefrom if doing so would be in the interests of justice and economy.

9. **CASE SIMPLIFICATION**

No.

10. **TRIAL READINESS**

The parties anticipate that the case will be ready for trial by December 1, 2019.

11. **JURY TRIAL**

Non-jury.

12. **LENGTH OF TRIAL**

Three days.

13. **NAMES, ADDRESSES, AND TELEPHONE NUMBER OF TRIAL COUNSEL.**

Stewart D. Fried, Esq.
OFW Law
2000 Pennsylvania Avenue, NW
Suite 3000
Washington, DC 20006
(202) 518-6326
*(Address is effective January 1, 2019)*

Virginia Nicholson, Esq., WSBA #39601

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 6

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

Schwabe, Williamson & Wyatt, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
(206) 622-1711

Kristen Vogel, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney for the Western District of Washington
700 Stewart Street
Seattle, WA 98101
(206) 553-7970

**14. POTENTIAL TRIAL CONFLICTS**

None.

**15. SERVICE OF DEFENDANTS**

All Defendants have been served at this time.

**16. SCHEDULING CONFERENCE**

The parties do not request a scheduling conference at this time.

**17. DATES OF FILING OF RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Steakhouse Seattle filed its Rule 7.1 Disclosure Statement on September 20, 2018.

Dated this 17th day of December 2018.

SCHWABE, WILLIAMSON & WYATT, P.C.


By: /s/Virginia R. Nicholson
Virginia R. Nicholson, WSBA #39601
Email: vnicholson@schwabe.com
By: /s/Derrick De Vera
Derrick De Vera, WSBA #49954
Email: ddevera@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Tel:  206.622.1711
Fax:  206.292.0460

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 7

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

By: /s/ Stewart D. Fried
Stewart D. Fried, Esq.
*Admitted Pro Hac Vice*
Olsson Frank Weeda Terman Matz PC
600 New Hampshire Avenue, N.W.  #500
Washington, D.C. 20037
sfried@ofwlaw.com
Tel:  (202) 518-6326
Fax:  (202) 234-3550

*Attorneys for Plaintiffs*


ANNETTE L. HAYES
United States Attorney

 *s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NYBA #5195664
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  kristen.vogel@usdoj.gov

*Attorney for Defendant*

COMBINED JOINT STATUS REPORT AND DISCOVERY
PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE
26(F): CASE NO. 3:18-CV-05751-BHS - 8

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

**CERTIFICATE OF SERVICE**

I hereby certify that this 17th day of December 2018, a true and correct copy of the foregoing Joint Status Report was sent to all counsel of record via ECF/CM.

/s/ Stewart D. Fried
Stewart D. Fried

COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN PURSUANT TO FRCP 26(F) AND LOCAL CIVIL RULE 26(F): CASE NO. 3:18-CV-05751-BHS - 9

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711