1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DISTRICT JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEAKHOUSE SEATTLE, LLC and JAMES NATIONS,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                    Defendant. | CASE NO. C18-5751-BHS<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice,

against Defendant United States pursuant to the Federal Rules of Civil Procedure

41(a)(1)(A)(ii).

Brian T. Moran
United States Attorney

Executed this 12th day of April 2019

/s/ Kristen Vogel
Kristen Vogel
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Attorney for Defendant,
United States of America

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii): Case No C18-
5751-BHS - 1
PDX\133660\243010\VNI\25121084.3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

1

2

3   Executed this 12th day of April 2019          /s/ Stewart D. Fried
                                                            Stewart D. Fried,
                                                            Olson Frank Weeda Terman Metz PC
4                                                           2000 Pennsylvania Avenue, N.W.
                                                            Suite 3000
5                                                           Washington, DC 20006
                                                            Attorneys for Plaintiffs
6

7

8   Executed this 12th day of April 2019          s/ Virginia R. Nicholson
                                                            Virginia R. Nicholson, WSBA #39601,
                                                            Schwabe,   Williamson   &   Wyatt,   PC
9                                                           1420 Fifth Avenue, Suite 3400
                                                            Seattle, WA 98101
10                                                          Local Counsel for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii): Case No C18-
5751-BHS - 2

PDX\133660\243010\VNI\25121084.3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711